**PLAINTIFF CERTIFICATION**
**UNDER THE FEDERAL SECURITIES LAWS**

I, Jonathan Clarke, hereby state:

1. I have reviewed a draft of the foregoing Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") asserting, *inter alia*, violations of the Securities Act of 1933 and the Securities Exchange Act of 1934, and I have authorized my counsel, Burwick Law PLLC and Hoppin Grinsell LLP, to file that Complaint on my behalf.

2. I did not purchase $M3M3, the securities that are the subject of this action, at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. My transactions in $M3M3, the securities that are the subject of this action, during the class period defined in the Complaint are set forth in the attached chart. Solana ("SOL") is converted to its USD value using the SOL:USD exchange rate on the date of each transaction.

5. I have not sought appointment or been appointed to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April, 2025

Signature: *Jonathan Clarke*

Jonathan Clarke

2025-04-18

1

**SCHEDULE A**

**TRANSACTIONS IN
M3M3 TOKENS**

| Date | Purchase or Sale | Volume/Quantity | Approximate Price (in USD) |
|---|---|---|---|
| 2/17/2025 | Sale | 255.286134 | $4.86 |
| 2/17/2025 | Purchase | 55.32389074 | $9.84 |
| 12/5/2024 | Purchase | 199.9622432 | $23.61 |

**Total M3M3 Token Purchased:**   **255.286134**

**Net M3M3 Token Purchased:**   **0**

**M3M3 Token Currently Held:**   **0**

**Net Funds Expended:**   **$28.59**

**Closing Price of M3M3 4/18/2025:** **$0.0031**

**Trading Loss:**   **$28.59**