UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CLARKE and RODRIGO FERREIRA DA CRUZ VOGT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BENJAMIN CHOW, METEORA, HAYDEN DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, and KELSIER LABS, LLC d/b/a KELSIER VENTURES,<br><br>    Defendants. | Case No.: 25-cv-03268<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Margaret B. Hoppin of Hoppin Grinsell LLP, an attorney admitted to practice in this Court, hereby appears in the above-captioned action for Plaintiffs Rodrigo Ferreira da Cruz Vogt and Jonathan Clarke, and requests that she be served with copies of all future pleadings, discovery, and submissions in this action.

DATED:  April 20, 2025
           New York, NY

**HOPPIN GRINSELL LLP**

By: */s/ Margaret B. Hoppin*
    Margaret B. Hoppin

11 Hanover Square, Ste. 1405
New York, NY 10005
(646) 475-3550
margot@hoppingrinsell.com
*Attorneys for Plaintiffs*

1