UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CLARKE and RODRIGO FERREIRA DA CRUZ VOGT, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>-against-<br><br>BENJAMIN CHOW, METEORA, HAYDENDAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, and KELSIER LABS, LLC d/b/a KELSIER VENTURES,<br><br>                    Defendants. | Case No. 1:25-cv-03268 (JLR)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

On April 19, 2025, Plaintiffs initiated a putative class action on behalf of all investors that purchased $M3M3 Tokens between December 4, 2024, and April 19, 2025.  The Complaint, filed on April 21, 2025, alleges violations of Sections 5, 12(a)(1), and 15 of the Securities Act of 1933, and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  *See generally* Dkt. 4.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

IT IS HEREBY ORDERED that **no later than May 14, 2025**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

Dated:    April 22, 2025
          New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_____
                                        JENNIFER L. ROCHON
                                        United States District Judge