UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CLARKE and RODRIGO FERREIRA DA CRUZ VOGT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BENJAMIN CHOW, METEORA, HAYDEN DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, and KELSIER LABS, LLC d/b/a KELSIER VENTURES,<br><br>*Defendants*. | Case No.: 1:25-cv-03268-JLR<br>[rel. 1:25-cv-03891-JLR]<br><br>Hon. Jennifer L. Rochon |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through the undersigned, hereby voluntarily dismiss this action against all Defendants. No Defendant has served an answer or filed a motion for summary judgment, nor has any class been certified in this Action. Dismissal without prejudice is therefore proper under Rule 41(a)(1)(A)(i).

Dated: July 29, 2025
New York, NY

Respectfully submitted,

By: */s/ Max Burwick*

**BURWICK LAW, PLLC**
Max Burwick
43 West 43rd Street, Ste. 114
New York, NY 10036
Tel: (646) 762-1080
max@burwick.law

**HOPPIN GRINSELL LLP**
Margaret B. Hoppin
Timothy W. Grinsell

                                          Joshua S. Molder
                                          11 Hanover Square, Ste. 1405
                                          New York, NY 10005
                                          Tel: 646.475.3550
                                          margot@hoppingrinsell.com
                                          tim@hoppingrinsell.com
                                          josh@hoppingrinsell.com